Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  23−20994−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Beatriz M. Lebron
   aka Beatriz Chipa, aka Beatriz Chipa
   Lebron
   47 Springfield Avenue
   Summit, NJ 07901

Social Security No.:
   xxx−xx−3921

Employer's Tax I.D. No.:

---

### FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 13, 2024</u>                 <u>Stacey L. Meisel</u>
                                 Judge, United States Bankruptcy Court